Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET

**U. S. DISTRICT COURT**

(To be used for **all** new Bills of Indictments and Bills of Information)

| | |
|---|---|
| **CASE SEALED:** ○ YES ● NO | **DOCKET NUMBER:** 3:25-CR-254-MOC |

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME** : US vs DAMONTY DAVID LEE BROWN

**COUNTY OF OFFENSE** : MECKLENBURG

**RELATED CASE INFORMATION** :

- *Magistrate Judge Case Number* :
- *Search Warrant Case Number* :
- *Miscellaneous Case Number* :
- *Rule 20b* :

**SERVICE OF PROCESS** : ARREST WARRANT

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight)*: ○ Petty ○ Misdemeanor ● Felony

18 U.S.C. § 371; 18 U.S.C. § 2114(a); and 18 U.S.C. § 2

**JUVENILE:** ○ Yes ● No

**ASSISTANT U. S. ATTORNEY** : TIMOTHY SIELAFF

**VICTIM/WITNESS COORDINATORS:**

**INTERPRETER NEEDED** :

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:**

(Maintain form in the Attorney Work Product folder / purge before archiving )