# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. DAMONTY DAVID LEE BROWN

Case Number: 3:25-cr-254-MOC

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1 | 18 USC 371 | 0 | 0-5yrs; $250,000 fine; Max 3yrs SR |
| 2 | 18 USC 2114(a) | 0 | 0-10yrs; $250,000 fine; Max 3yrs SR |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL? ☐ YES ☐ NO
* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED? ☐ YES ☐ NO
* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM? ☐ YES ☐ NO
* 18 U.S.C. 924(C) ONLY

IF YES ☐ BRANDISH

☐ DISCHARGE