UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO.: 3:25-CR-254 |
| ) | |
| v. ) | PETITION FOR WRIT OF HABEAS |
| ) | CORPUS AD PROSEQUENDUM |
| DAMONTY DAVID LEE BROWN ) | |
| PID# 516823 ) | |
| ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and moves the Court to issue a Writ of Habeas Corpus ad Prosequendum for Damonty David Lee Brown PID# 516823, B/M,11/3/00, who is presently detained in the Mecklenburg County Jail, for his appearance before the Court in the Western District of North Carolina in connection with a Bill of Indictment in the above district against said defendant.

Movant further prays that said Writ direct that immediately after the disposition of the above captioned case the defendant shall be returned to the custody of Mecklenburg County Jail, under safe and secure conduct.

RESPECTFULLY SUBMITTED, this the 18th day of September 2025.

RUSS FERGUSON
UNITED STATES ATTORNEY

**/s/ Timothy Sielaff**
Assistant United States Attorney
North Carolina State Bar No. 33648
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Telephone: (704) 227-0814
Email: timothy.sielaff@usdoj.gov