FILED
Charlotte
Oct 8 2025
U.S. District Court
Western District of N.C.

Received
U.S. Marshals Service
Charlotte, NC
3:23 pm, Sep 18 2025

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| United States of America | ) | FID 11863420 |
|---|---|---|
| v. | ) | |
| | ) | Case No.  3:25-CR-254-MOC |
| DAMONTY DAVID LEE BROWN | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     DAMONTY DAVID LEE BROWN                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2114(a) - Conspiracy to Assault and Rob a Mail Carrier

Date:    9/18/2025

_____
*Issuing officer's signature*

City and state:     Charlotte, North Carolina

KATHERINE H. SIMON, CLERK OF COURT
*Printed name and title*

---

### Return

This warrant was received on *(date)* 9/18/25, and the person was arrested on *(date)* 10/8/25
at *(city and state)* Charlotte, NC.

Date: 10/8/25

_____
*Arresting officer's signature*

Addison Friedman, DUSM
*Printed name and title*