# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DAMONTY LEE BROWN <br><br> Defendant. | 3:25-CR-254-MOC |

## UNOPPOSED MOTION TO CONTINUE TRIAL DATE

Damonty Lee Brown, by and through his counsel of record, Steven Slawinski, Assistant Federal Public Defender, respectfully requests that this Court continue the time for commencement of trial and requests an extension of time for of all pretrial motions deadlines in this case. As grounds therefore, it is averred:

1. Brown was arraigned on October 14, 2025, on a two-count indictment charging him with violating 18 U.S.C. § 371 and 2114(a), conspiracy and assault on a U.S. Postal Carrier.

1. Brown was ordered detained on that day.

2. This case is currently scheduled for a Status Conference on October 27, 2025, and a Docket Call November 3, 2025, before this Honorable Court.

3. Discovery has not yet been provided to counsel. Given that the defendant was just arrested and arraigned, counsel needs additional time to fully review this discovery with the defendant and to advise him of his options. Less than three weeks will have passed between the

1

arraignment in this case and the potential trial date.

**WHEREFORE**, Damonty Lee Brown respectfully requests that the time of his trial be continued to this Court's next Criminal Term.

Respectfully submitted,

*/s/ Steven Slawinski*
Steven Slawinski
NC Bar No. 38956
Assistant Federal Public Defender
Federal Public Defender's Office
129 West Trade Street, Suite 300
Charlotte, NC 28202
Phone: (704) 374-0720
Fax: (704) 374-0722
Email: Steven_slawinski@fd.org

Dated: October 16, 2025